# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | | |
|---|---|---|
| ZULMA QUINTANA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO: 1:18-cv-00270-TLS-SLC |
| | ) | |
| REDBONE EXPRESS, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

Before the Court is a Complaint filed by Plaintiffs, alleging that the Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332. (DE 1). As the parties seeking to invoke federal diversity jurisdiction, Plaintiffs bear the burden of demonstrating that the requirement of complete diversity has been met. *Chase v. Shop'n Save Warehouse Foods, Inc.*, 110 F.3d 424, 427 (7th Cir. 1997).

In the Complaint, Plaintiffs allege with respect to Defendant Redbone Express, LLC, and Defendant Steel Horse Trucking, LLC, that each is "a limited liability company organized under the laws of Missouri with its principal place of business in Missouri." (DE 1 ¶¶ 3, 4). Plaintiffs' diversity allegations, however, are inadequate in this respect. "[I]n the case of a firm that is not a corporation, its citizenship is the citizenship of its owners, partners, or other principals." *Meyerson v. Harrah's E. Chi. Casino*, 299 F.3d 616, 617 (7th Cir. 2002). "[C]itizenship of unincorporated associations must be traced through however many layers of partners or members there may be." *Id.* (citations omitted). Accordingly, the Court must be informed of the identity and citizenship of all of the members of Redbone Express, LLC, and Steel Horse Trucking, LLC, tracing such citizenship through all applicable layers of ownership to ensure that none of the

members share a common citizenship with Plaintiffs. *Hicklin Eng'g, L.C. v. Bartell*, 439 F.3d 346, 347 (7th Cir. 2006).

Accordingly, Plaintiffs are afforded to and including September 21, 2018, to file an amended complaint that properly alleges federal subject matter jurisdiction on the basis of diversity of citizenship.

SO ORDERED.

Entered this 7th day of September 2018.

/s/ Susan Collins
Susan Collins
United States Magistrate Judge